Exhibit 1

(Redacted in Entirety)

Exhibit 2

(Redacted in Entirety)